UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL G. CLISHAM, | ) | Docket No. 09-21162 |
| | ) | |
| DEBTOR | ) | Chapter 13 |

## MOTION OF THE DEBTOR FOR ENTRY OF DISCHARGE

NOW COMES the Debtor in this action and moves the Court for entry of discharge. The required affidavit accompanies this motion.

          **Respectfully submitted,**

          **MICHAEL G. CLISHAM,**

          **By his attorney,**

          /s/ Ira H. Grolman
          Ira H. Grolman, BBO No. 556709
          DONAHUE GROLMAN & EARLE
          321 Columbus Avenue
          Boston MA 02116
          Ph: (617) 859-8966
          Fax: (617) 859-8903
          E-mail: grolman@d-and-g.com

Date: January 23, 2015

## **CERTIFICATE OF SERVICE**

On this day, January 23, 2015, I certify that I served or caused to be served by ECF a true and accurate copy of this document on the following:

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114
617-723-1313
13trustee@ch13boston.com

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl., Suite 1000
Boston, MA 02109

/s/ Ira H. Grolman
Ira H. Grolman