UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

MICHAEL G. CLISHAM,            ) Docket No. 09-21162
                               )
DEBTOR                         ) Chapter 13

## AFFIDAVIT IN SUPPORT OF THE DEBTOR'S MOTION FOR THE ENTRY OF DISCHARGE

I, Michael G. Clisham, on personal knowledge, information, and belief, and on oath, do state and depose as follows:

1. I am one of the Debtors in this action.

2. I have paid all domestic support obligations payable under any judicial or administrative order, or required by statute including:

    a. child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and

    b. any domestic support obligations that arose after the filing of the petition.

3. I have completed a financial management course pursuant to 11 U.S.C. § 1328(g)(1) and filed a certification of completion with the Court.

4. I have:

    a. not claimed a homestead exemption in excess of the applicable cap described in § 522(q)(1), or

    b. claimed a homestead exemption in excess of such cap but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

Signed this day under the pains and penalties of perjury,

*[signature]*
Michael G. Clisham

Date: 1/26/15